**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Sabrean DeBlasic

17 Scheerer ave

Newark, N.J. 07112

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Newark Board of Education.

765 Mayor Kenneth A. Gibson Blvd

Newark, N.J. 07108

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No

(check one)

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

| | | |
|---|---|---|
| Name | Sabrean DeBlasio |
| Street Address | 17 Scheerer Ave. |
| County, City | Essex |
| State & Zip Code | Newark N.J. 07112 |
| Telephone Number | 646·249-9159 |

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary. *Hawthorne ave School*

Defendant No. 1    Name __Newark Board of Education__
Street Address _765 Mayor Kenneth A. Gibson Blvd Newark_
County, City _Newark, N.J.   07102_
State & Zip Code _07102_

Defendant No. 2    Name __Mr. Grady James.__
Street Address _Hawthorn Ave School._
County, City _428 Hawthorne ave_
State & Zip Code _Newark, NJ            07108_

Defendant No. 3    Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions    ☑ Diversity of Citizenship
☐ U.S. Government Plaintiff    ☐ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____ USA/ _____

Defendant(s) state(s) of citizenship _____ USA _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _____ 4/25/23 - NEWARK. NJ _____

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____ 4/25/23 - 2:55 _____

| What happened to you? |

C.      Facts: I was given a letter of demotion with all my benefits stripped from me. From the principal Mr. James at Hawthorne AVE School in Newark, N.J.

| Who did what? |

The principal handed me a letter of demotion. In addition to retaliation.

| Was anyone else involved? |

SW. There was only my self, the principal and another teacher

| Who else saw what happened? |

Another teacher was in his office I will submit names at a later time.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was subject to mental abuse emotional Abbused now softering from Post tramatic stress disorder. I became ill through the Hostil work Enviornment which incompasitated me from working.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking to be made whole from my lost Employment for the the last year + for continued Employment until retirement. I am seeking financial restitution for benefit payments, cost of insurance for health care and other lost financial incentives that would be due to me.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __25__ day of __June__, 20 __24__.

Signature of Plaintiff _____

Mailing Address __17 Scheerer ave.__

__Newark, N.J. 07112.__

Telephone Number __646-249-9159,__

Fax Number *(if you have one)* _____

E-mail Address __dubovinca@ aol.com__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff _____